Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:13-cv-00929-LJO-SAB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| JASPAL SINGH AMROKE,  et al.; | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 15, 2013          MOORE LAW FIRM, P.C.


                                /s/ Tanya E. Moore
                                Tanya E. Moore
                                Attorneys for Plaintiff
                                Ronald Moore

1

<u>**ORDER**</u>

2

3          Good cause appearing,

4          IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

5   The clerk is directed to close this action.

6

7   IT IS SO ORDERED.

8        Dated:   __**October 15, 2013**__              _____**/s/ Lawrence J. O'Neill**

9                                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28