Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>JASPAL SINGH AMROKE, et al.;<br><br>    Defendants. | No.  1:13-cv-00929-LJO-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 15, 2013                                        MOORE LAW FIRM, P.C.


                                                                              */s/ Tanya E. Moore*
                                                                              Tanya E. Moore
                                                                              Attorneys for Plaintiff
                                                                              Ronald Moore

1 **ORDER**

3       Good cause appearing,

4       IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

5 The clerk is directed to close this action.

7 IT IS SO ORDERED.

8       Dated:   **October 15, 2013**          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE